IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01690-BNB

ADAM DMYTRYSZYN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
TOM CLEMENTS, Executive Director,
SUPERINTENDENT FAULK,
CAPTAIN JOHN DOE,
CORRECTIONAL OFFICER BRADYHOFF,
ARISTEDES ZAVARES, Former Exec. Dir., and
FORMER SUPERINTENDENT MILLIARD,

    Defendants.

## ORDER OVERRULING OBJECTION

    This matter is before the Court on the objection titled "Objection to Magistrate Judge's Order to File Amended Complaint" (ECF No. 10) filed *pro se* on August 22, 2012, by Plaintiff, Adam Dmytryszyn. Mr. Dmytryszyn objects to Magistrate Judge Boyd N. Boland's order of July 20, 2012 (ECF No. 8) directing him to file an amended prisoner complaint. Mr. Dmytryszyn is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado.

    In the July 20 order, Magistrate Judge Boland explained how the prisoner complaint failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and elaborated upon how to file an amended complaint that would

comply.  In his objection, Mr. Dmytryszyn disagrees with Magistrate Judge Boland's suggestions.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.  The Court has reviewed the file and finds that Magistrate Judge Boland's order directing Mr. Dmytryszyn to file an amended prisoner complaint is not clearly erroneous or contrary to law.

Accordingly, it is

ORDERED that the objection titled "Objection to Magistrate Judge's Order to File Amended Complaint" (ECF No. 10) filed *pro se* on August 22, 2012, by Plaintiff, Adam Dmytryszyn, is overruled.  It is

FURTHER ORDERED that Mr. Dmytryszyn will be allowed **thirty (30) days from the date of this order** in which to file an amended prisoner complaint that complies with the orders of July 20, 2012.  Failure to do so within the time allowed will result in the dismissal of the instant action.

DATED at Denver, Colorado, this   27th   day of    August       , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court