IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01690-LTB

ADAM DMYTRYSZYN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
TOM CLEMENTS, Executive Director,
SUPERINTENDENT FAULK,
CAPTAIN JOHN DOE,
CORRECTIONAL OFFICER BRADYHOFF,
ARISTEDES ZAVARES, Former Exec. Dir., and
FORMER SUPERINTENDENT MILLIARD,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/L. Gianelli
                                Deputy Clerk